994 A.2d 1083

**Nancy A. WHITE, on Behalf of Herself and All
Others Similarly Situated, Respondent**

v.

**CONESTOGA TITLE INSURANCE COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

May 19, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of May 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

> In reversing the Common Pleas Court's dismissal of this action for lack of jurisdiction by reason of the administrative remedy provided by the TICA at 40 P.S. § 910–44(b), did the Superior Court err by holding that the statutory and decisional rule that adequate administrative remedies are exclusive does not apply to consumer class actions?